# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:24-CR-00165(1)-ADA |
| | § | |
| (1) ELOISA BEVERLY RAMOS | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 1, 2025, wherein the defendant (1) ELOISA BEVERLY RAMOS waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ELOISA BEVERLY RAMOS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) ELOISA BEVERLY RAMOS' plea of guilty to Count One S (1s) and Two S (2s) is accepted.

Signed this 15th day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE